DAVID LOPEZ, ESQ. (DL-6779)
Plaintiff's Attorney
171 Edge Of Woods Road
P.O. Box 323
Southampton, New York 11969-0323
Tel (631) 287-5520
Fax (631) 283-4735
e-Mail: DavidLopezEsq@aol.com

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

DEBORAH DONOGHUE,

    Plaintiff,                     07 CIVIL 8552 (BAER, J.)

- against -

COVANSYS CORPORATION
and GARY C. WENDT,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules Of Civil Procedure.

ISSUE has not been joined.

Dated: Southampton, New York
       November 17, 2007

Yours, etc.

_____
David Lopez, Esq. (DL-6779)

SO ORDERED:

_____
Harold Baer, Jr., U.S.D.J.
New York, New York
November    , 2007